# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2725
_____

United States of America

*Plaintiff - Appellee*

v.

Ronnie C. Gaines, also known as Mississippi

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: December 21, 2020
Filed: January 7, 2021
[Unpublished]
_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Ronnie C. Gaines appeals after the district court[1] revoked his supervised release, and imposed a prison term within the Chapter 7 advisory Guidelines range

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

and statutory maximum. His counsel has moved for leave to withdraw, and has filed a brief suggesting that the revocation sentence is substantively unreasonable. We conclude that Gaines's revocation sentence is not substantively unreasonable. See 18 U.S.C. § 3583(e)(3) (maximum revocation prison term is 3 years if underlying offense is Class B felony, and 2 years if underlying offense is class C felony); United States v. Perkins, 526 F.3d 1107, 1109-10 (8th Cir. 2008) (substantive reasonableness of revocation sentence is reviewed for abuse of discretion; revocation sentence within Guidelines range is accorded presumption of substantive reasonableness on appeal). We therefore affirm, and we grant counsel's motion to withdraw.

_____